Ronald M. Pearson, by His Father and Next Friend, Waldon Pearson, Plaintiff, v. James Hansford, et al., Defendants.

James Hansford, et al., For Use of Ronald M. Pearson, Plaintiff-Appellee, v. Rural Insurance Exchange (A Reciprocal) Garnishee, Garnishee-Appellant.

Gen. No. 11,237.

Second District, First Division.

April 29, 1959.

Released for publication May 18, 1959.

John Kristofer and Stanley J. Gros, for garnishee-appellant; Hamer, Carroll & Leali, for plaintiff-appellee. Opinion by PRESIDING JUSTICE SPIVEY. Not to be published in full.